UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLENE ROWLEY,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CAPITAL ONE, NATIONAL ASSOCIATION; CREDIT ONE BANK, NATIONAL ASSOCIATION; WEBBANK; PATIENT ACCOUNTING SERVICE CENTER; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:15-cv-04334-HRL<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>Re: Dkt. No. 4 |

Attorney William M. Huse moves for leave to appear in pro hac vice on behalf of defendant TransUnion LLC. Counsel wishing to appear in pro hac vice in this district must have co-counsel who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Civ. L.R. 11-3(a)(3). The Court has not found Mr. Huse's identified co-counsel among its records of members of the bar of this Court. Accordingly, the application for appearance in pro hac vice is denied, without prejudice to renew the request in

1  compliance with Civil Local Rule 11-3.

2      SO ORDERED.

3  Dated:   September 25, 2015

4  _____
HOWARD R. LLOYD
5  United States Magistrate Judge

5:15-cv-04334-HRL Notice has been electronically mailed to:

Elliot Wayne Gale egale@sagarialaw.com, jangelo@sagarialaw.com, arother@sagarialaw.com, Glenox@sagarialaw.com

William M. Huse whuse@schuckitlaw.com, rputerbaugh@schuckitlaw.com, mpate@schuckitlaw.com

Scott Matthew Johnson sjohnson@sagarialaw.com

Scott Joseph Sagaria sjsagaria@sagarialaw.com,mmccrory@sagarialaw.com

Lauren E. Tate ltate@tateandassociates-law.com,mdegiovanni@tateandassociates-law.com