1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 | DARLENE ROWLEY,                          | Federal Case No.: 5:15-CV-04334-RMW
   |                                          |
13 |         Plaintiff,                       | **PLAINTIFF'S NOTICE OF VOLUNTARY
   |                                          | DISMISSAL OF DEFENDANT PATIENT
14 |    vs.                                   | ACCOUNTING SERVICE CENTER, LLC
   |                                          | PURSUANT TO FEDERAL RULE OF
15 | EXPERIAN INFORMATION SOLUTIONS,          | CIVIL PROCEDURE 41(A)(1)**
   | INC.; et. al.,                           |
16 |                                          |
   |         Defendants.                      |
17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Darlene Rowley, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Patient Accounting Service Center,

21 LLC as to all claims in this action.

22      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23      41(a) Voluntary Dismissal

24      (1) By the Plaintiff

25         (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26             applicable federal statute, the plaintiff may dismiss an action without a court

27             order by filing:

28
                                          1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PATIENT ACCOUNTING SERVICE
                              CENTER, LLC

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Patient Accounting Service Center, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: December 2, 2015                                  Sagaria Law, P.C.

                                                By:  */s/ Elliot W. Gale*
                                                            Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Darlene Rowley