1  William M. Huse, Esq.  (IN #31622-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  whuse@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6
   Lauren E. Tate, Esq. (CSB #124483)
7  Tate & Associates
   1321 8th Street, Suite 4
8  Berkeley, CA  94710
   Telephone:  510-525-5100
9  Fax:  510-525-5130
   E-Mail:  ltate@tateandassociates-law.com
10
   *Local Counsel for Defendant Trans Union, LLC*
11

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DARLENE ROWLEY,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX, INC.; TRANSUNION, LLC;<br>CAPITAL ONE, NATIONAL ASSOCIATION;<br>CREDIT ONE BANK, NATIONAL<br>ASSOCIATION; WEBBANK; PATIENT<br>ACCOUNTING SERVICE CENTER; and DOES 1<br>through 100, inclusive;<br>          Defendants. | CASE NO.   5:15-cv-04334-RMW<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Darlene Rowley, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Therefore, Trans Union will not attend the motion hearing in this matter, currently scheduled for December 18, 2015, unless otherwise directed by the Court.  Plaintiff and Trans Union will file

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04334-RMW**

a Stipulation And [Proposed] Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

Respectfully submitted,

Date:   December 16, 2015          *s/ Elliot W. Gale (with consent)*
Scott J. Sagaria, Esq. (217981)
Elliott W. Gale, Esq. (263326)
Joseph B. Angelo, Esq. (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299

*Counsel for Plaintiff Pamela Cummings*

Date:   December 16, 2015          *s/ William M. Huse*
William M. Huse, Esq.  (IN #31622-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone: 510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04334-RMW**