**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel:  310.557.9100
Fax: 310.557.9101

Attorneys for Defendant WEBBANK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DARLENE ROWLEY,<br><br>  Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CAPITAL ONE, NATIONAL ASSOCIATION; CREDIT ONE BANK; NATIONAL ASSOCIATION; WEBBANK; PATIENT ACCOUNTING SERVICE CENTER, LLC and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 5:15-CV-04334-RMW<br>*Assigned to the Hon. Ronald M. Whyte;*<br>*Referred to Magistrate Judge Howard R. Lloyd*<br><br>**DEFENDANT WEBBANK'S NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS MOOT DUE TO THE SETTLEMENT**<br><br>Complaint Filed:  September 15, 2015<br>Trial Date:  None |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** plaintiff Darlene Rowley and defendant WebBank, by and through their respective counsel of record, have reached a settlement in principle of the above-captioned case and are in the process of documenting the settlement. As such, WebBank has agreed to withdraw its motion to dismiss Plaintiff's Complaint, which is currently set for hearing on Friday, December 18, 2015, as moot due to the settlement.

DATED: December 16, 2015     **DOLL AMIR & ELEY LLP**

By: */s/ Chelsea L. Diaz* _____
   HUNTER R. ELEY
   CHELSEA L. DIAZ
Attorneys for Defendant
WEBBANK

DATED: December 16, 2015     **SAGARIA LAW, P.C.**

By: */s/ Elliot E. Gale* _____
   ELLIOT E. GALE
Attorneys for Plaintiff
DARLENE ROWLEY

## PROOF OF SERVICE

### USDC/Northern District of California (San Jose)
### Case No: 15-cv-04334-RMW

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On December 7, 2015, I served the foregoing document(s) described as: **DEFENDANT WEBBANK'S NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS MOOT DUE TO THE SETTLEMENT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 16, 2015, at Los Angeles, California.

_/s/ J. Mercado_
Josephine Mercado

**SERVICE LIST**

| | |
|---|---|
| Scott J. Sagaria, Esq.<br>Elliot W. Gale, Esq.<br>Joseph B. Angelo, Esq.<br>Scott M. Johnson, Esq.<br>SAGARIA LAW, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA 95110 | *Attorneys for Plaintiff*<br>*Darlene Rowley*<br><br>T: (408) 279-2288<br>F: (408) 279-2299<br>E-mail  sjsagaria@sagarialaw.com |
| Alyssa Marie Staudinger, Esq.<br>JONES DAY<br>3161 Michelson Dr., Ste. 800<br>Irvine, CA 92612-4408 | *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.*<br><br>T:  949-851-3939<br>F:  949-553-7539<br>E-mail:  astaudinger@jonesday.com |
| Ramon Ramirez, Esq.<br>JONES DAY<br>3161 Michelson Dr., Ste. 800<br>Irvine, CA 92612-4408 | *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.*<br><br>T:  949-851-3939<br>F:  949-553-7539<br>E-mail:  ramonramirez@jonesday.com |
| Thomas P. Quinn, Esq.<br>NOKES & QUINN<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651 | *Attorneys for Defendant*<br>*Equifax, Inc.*<br><br>T:  949-376-3500<br>F:  949376-3070<br>E-mail:  tquinn@nokesquinn.com |
| William M. Huse, Esq.<br>SCHUCKIT ASSOCIATES PC<br>4545 Northwestern Drive<br>Zionsville, IN  46077 | *Attorneys for Defendant*<br>*TransUnion, LLC*<br><br>*T:* 317-363-2400<br>F:  317-363-2257<br>E-mail:  whuse@schuckitlaw.com |
| Lauren Tate, Esq.<br>TATE & ASSOCIATES<br>1321 Eighth Street, Ste. 4<br>Berkeley, CA  94710 | *Local Counsel for Defendant*<br>*TransUnion, LLC*<br><br>*T: 510-525-5100*<br>F:  510-525-5130<br>E-mail:  heley@dollamir.com |

DOLL AMIR & ELEY LLP

PROOF OF SERVICE