Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| DARLENE ROWLEY,<br><br>  Plaintiff,<br><br>  vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>  Defendants. | Case No.: 5:15-CV-04334-RMW<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A., ERRONEOUSLY SUED AS CAPITAL ONE, NATIONAL ASSOCIATION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Darlene Rowley and defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as Capital One, National Association, that Capital One be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  April 27, 2016         Sagaria Law, P.C.

                               By:    */s/ Elliot W. Gale*
                                       Elliot W. Gale
                               Attorneys for Plaintiff
                               Darlene Rowley

DATED:  April 27, 2016         Doll Amir & Eley LLP

                               By: */s/ Chelsea L. Diaz*
                               Attorneys for Defendant
                               Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.
*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Capital One is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

                               _____
                               RONALD M. WHYTE
                               UNITED STATES DISTRICT JUDGE